(122 So. 924)

Rosie LASSITER v. STATE.    (6 Div. 581.)

Court of Appeals of Alabama.    May 7, 1929.

RICE, J.   Affirmed.

(124 So. 923)

Dave LAWRENCE v. STATE.    (4 Div. 510.)

Court of Appeals of Alabama.    Nov. 12, 1929.

RICE, J.   Appeal dismissed.

(119 So. 923)

O. B. LEMON v. STATE.    (6 Div. 337.)

Court of Appeals of Alabama.    Dec. 11, 1928.

SAMFORD, J.   Appeal dismissed.

(119 So. 923)

O. B. LEMON v. STATE.    (6 Div. 338.)

Court of Appeals of Alabama.    Dec. 11, 1928.

RICE, J.   Appeal dismissed

(128 So. 918)

Joe LIMBAUGH v. STATE.
8 Div. 964.

Court of Appeals of Alabama.
May 27, 1930.

BRICKEN, P. J.
Appeal dismissed.

(120 So. 925)

Bill LINDSEY v. STATE.    (8 Div. 776.)

Court of Appeals of Alabama.    Feb. 5, 1929.

RICE, J.   Affirmed.

(119 So. 923)

Claud LINDSEY v. STATE.    (6 Div. 382.)

Court of Appeals of Alabama.    Dec. 11, 1928.

SAMFORD, J.   Appeal dismissed.

(120 So. 925)

Cue LINDSEY v. STATE.    (8 Div. 775.)

Court of Appeals of Alabama.    Feb. 12, 1929.

SAMFORD, J.   Affirmed.

(122 So. 924)

Cue LINDSEY v. STATE.    (8 Div. 774.)

Court of Appeals of Alabama.    May 7, 1929.

BRICKEN, P. J.   The conviction of this appellant rested upon an indictment which charged him with the offense of public drunkenness. There is no bill of exceptions, and as the record proper, upon which the appeal is predicated, is regular and without error apparent thereon, the judgment of conviction appealed from will stand affirmed.

Affirmed.

(128 So. 918)

Dick LINDSEY v. STATE.
4 Div. 577.

Court of Appeals of Alabama.
May 20, 1930.

RICE, J.
Affirmed.